

**June 21, 2013**

| 30201 | Conservatorship and Guardianship of Scupholm, In re | Dismissed |
| CAAP–11–00 00525 | First Hawaiian Bank v. Chadwick | Affirmed |
| CAAP–11–00 00347 | State v. Phomphithack | Vacated |

**June 25, 2013**

| CAAP–11–00 01023 | Federal Nat. Mortg. Ass'n v. Barros | Affirmed |
| CAAP–11–00 00023 | State v. Lee | Affirmed |
| CAAP–12–00 00212 | State v. Rodriguez | Affirmed |